THE GOVERNMENT OF GUAM, Appellee

v.

WILLIAM R. FORRESTER, Appellant

Criminal No. 15-A

District Court of Guam

Appellate Division

September 15, 1958

*Counsel for Appellee:*      LOUIS A. OTTO, JR., *Attorney General;* LEON D. FLORES, *Island Attorney;* RICHARD D. MAGEE, *Deputy Island Attorney*

*Counsel for Appellant:*      TURNER & NOVAK, *Attorneys-at-Law*

Before FURBER, *Chief Justice*, High Court of Trust Territory of the Pacific Islands; TOOMIN, *Associate Justice*, High Court of the Trust Territory of the Pacific Islands; SHRIVER, *United States Judge*, District Court of Guam

## PER CURIAM

### OPINION

The appellant was convicted in the Island Court of Guam of the offense of operating a motor vehicle while under the influence of intoxicating liquor. No serious attempt was made to show that the appellant did not commit the offense. The objections raised are purely procedural. We hold that there is nothing in the record to show that the defendant was denied any rights which would prevent him from having a fair and impartial trial. Accordingly, we affirm the conviction.